People v Heneen (2021 NY Slip Op 50198(U))

[*1]

People v Heneen (Romany)

2021 NY Slip Op 50198(U) [70 Misc 3d 144(A)]

Decided on March 12, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on March 12, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Higgitt, J.P., Brigantti, Hagler, JJ.

570369/15

The People of the State of New York,
Respondent, 
against
Romany Heneen, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Laura E. Drager, J.), rendered March 1, 2015, convicting him, upon his plea of
guilty, of disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (Laura E. Drager, J.), rendered March 1, 2015, reversed on the law,
the accusatory instrument dismissed, and surcharge, if paid, remitted.
As the People concede, defendant's conviction must be vacated since the plea record lacks
the requisite "affirmative showing" that defendant understood and waived his Boykin
rights (Boykin v Alabama, 395 US 238 [1969]). The People also agree that dismissal
of the accusatory instrument is the appropriate corrective action in this particular case (cf.
People v Conceicao, 26 NY3d 375, 385 n [2015]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: March 12, 2021